**CLOSED**
**CIVIL**
**CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 10-14038-CIV-GRAHAM

KENNETH KITCHEN,

    Petitioner,

vs.

WALTER A. McNEIL,

    Respondent.
_____/

### ORDER

**THIS CAUSE** comes before the Court upon Petitioner Kenneth Kitchen's <u>pro se</u> petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 [D.E. 1]; Petitioner's Motion to defer ruling on merits [D.E. 4] and Respondent's Motion to Dismiss [D.E. 5].

**THE MATTER** was referred to the referred to the Honorable United States Magistrate Judge Patrick A. White by Clerk's Order [D.E. 2]. The Magistrate issued a Report and Recommendation [D.E. 6] (the "Magistrate Judge's Report") for this Court's consideration recommending that the Respondent's motion to dismiss be granted and Petitioner's motion to defer ruling be denied. Petitioner has not filed objections to the Magistrate Judge's Report.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 6] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** the Petitioner's Motion to Defer Ruling [D.E. 4] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that Respondent's Motion to Dismiss [D.E. 5] is **GRANTED**. Petitioner's petition for writ of habeas corpus [D.E. 1] is **DENIED without prejudice**. It is further

**ORDERED AND ADJUDGED** that this is **CLOSED** and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of March, 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Patrick A. White
    Counsel of Record